

UNITED STATES BANKRUPTCY COURT
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

FILED

2007 JUL -3 P 4: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Gloria L. Franklin**
**Clerk of Court**

E-FILING

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

C 07   03483   RMW

Re:   Case Name: Sonicblue Incorporated et al
      Case Number: 03-51775-MM through 03-51778-MM
      Bankruptcy Judge Name: Marilyn Morgan

Dear Mr. Wieking:

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X] Enclosed please find a conformed copy of the notice of appeal, election to district court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Janet Dustin .

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated: July 3, 2007             By: _____
                                    Janet Dustin
                                    Janet Dustin, Deputy Clerk

1 | Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
2 | 155 Montgomery Street, Suite 1004
San Francisco, California 94104
3 | (415) 391-7566 Telephone
(415) 391-7568 Facsimile
4 | michael@stjames-law.com

5 | Counsel for York Credit Opportunities Fund, L.P.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                              ) Case No. 03-51775 through 03-51778
                                                   ) Chapter 11
SONICBLUE INCORPORATED et al.                      )
          Debtor.                                  )
                                                   )

### NOTICE OF APPEAL

York Credit Opportunities Fund, L. P. appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order or decree of the bankruptcy judge entitled "Final Order Authorizing the Retention of Alston & Bird, L.L.P. as counsel to Dennis J. Connolly, Chapter 11 Trustee" (the "Employment Order") entered in this case on the 21st day of June 2007, a copy of which is attached hereto.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

YORK CREDIT OPPORTUNITIES FUND, L.P.
    Appellant

Michael St. James, Esq.
ST. JAMES LAW, P.C.
155 Montgomery St., Suite 1004
San Francisco, CA 94104-4117
415-391-7566 (voice)
415-391-7568 (fax)
michael@stjames-law.com
    Counsel for Appellant YORK CREDIT OPPORTUNITIES FUND, L.P.

DENNIS J. CONNOLLY, Trustee
    Appellee

Counsel for Trustee

Grant T. Stein, Esq.
ALSTON & BIRD
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7000

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
150 Spear Street, Suite 1600
San Francisco, CA. 94105
(415) 834-3800

Counsel for Appellee DENNIS J. CONNOLLY, TRUSTEE

NOTICE OF APPEAL     1

DATED: July 2, 2007                     ST. JAMES LAW, P.C.


By  /s/ *Michael St. James*  .
     Michael St. James
Counsel for YORK CREDIT OPPORTUNITIES FUND, L.P.
155 Montgomery St., Suite 1004
San Francisco, CA 94104-4117
415-391-7566 (voice)
415-391-7568 (fax)


If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

NOTICE OF APPEAL

2

Case 5:07-cv-03483-RMW    Document 1    Filed 07/03/2007    Page 6 of 16

Entered on Docket
June 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  150 Spear Street, Suite 1600
   San Francisco, CA 94105
3  Telephone Number: (415) 834-3800
   Facsimile Number: (415) 834-1044
4
   ALSTON & BIRD LLP
5  GRANT T. STEIN
   1201 West Peachtree Street
6  Atlanta, GA 30309
   Telephone Number: (404) 881-7000
7  Facsimile Number: (404) 881-7777
   (admitted *pro hac vice*)
8
   *Attorneys for Dennis J. Connolly in His Capacity as*
9  *Chapter 11 Trustee for SONICblue Incorporated, et al.*

The following constitutes
the order of the court. Signed June 21, 2007

/s/ Marilyn Morgan
Marilyn Morgan
U.S. Bankruptcy Judge

10                UNITED STATES BANKRUPTCY COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION
13

14  In re                                    Case Nos. 03-51775 through 03-51778

15  SONICBLUE INCORPORATED,                  Chapter 11 Cases
    a Delaware corporation, DIAMOND
16  MULTIMEDIA SYSTEMS, INC.,                Jointly Administered
    a Delaware corporation, REPLAYTV,
17  INC., a Delaware corporation, and        **FINAL ORDER AUTHORIZING THE**
    SENSORY SCIENCE CORPORATION,             **RETENTION OF ALSTON & BIRD LLP**
18  a Delaware corporation,                  **AS COUNSEL TO DENNIS J.**
                                             **CONNOLLY, THE CHAPTER 11**
19  Debtors.                                 **TRUSTEE**

20                                           Date:  June 14, 2007
                                             Time:  1:30 p.m.
21                                           Place: 280 South First Street
                                                    San Jose, CA 95113
22
                                             Judge: Hon. Marilyn Morgan
23

24          The application filed May 2, 2007 (the "Application") of Dennis J. Connolly,

25  the Chapter 11 Trustee (the "Trustee") in the above-captioned Chapter 11 bankruptcy cases of

26  SONICblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc., and Sensory

27  Science Corporation (collectively, the "Debtors"), requesting the authority to employ Alston

28  & Bird LLP ("A&B") as attorneys for the Trustee in these cases filed pursuant to Chapter 11

FINAL ORDER AUTHORIZING RETENTION
OF ALSTON & BIRD LLP
{00300857.DOC v 2}

of the United States Bankruptcy Code (the "Bankruptcy Code") came on for hearing on June 14, 2007 at 10:30 a.m. and 1:30 p.m. in the above-referenced court. Grant T. Stein, Alston & Bird LLP and Cecily A. Dumas, Friedman Dumas & Springwater LLP appeared on behalf of the Trustee; Michael St. James, St. James Law P.C., appeared on behalf of York Credit Opportunities Fund, L.P. ("York"); Nanette Dumas appeared on behalf of the United States Trustee; other appearances were made as noted in the record of the proceeding. The Court having found that notice of the Application was adequate under the circumstances; and the Court having entered an Interim Order approving the Application on May 8, 2007, and ordered that a hearing be held on June 14, 2007 on final approval of the Application; the Court having considered the Objection to Trustee's Proposed Counsel (the "Objection") filed by York, the Trustee's Reply Memorandum and Declaration of Dennis J. Connolly in support thereof, the Reply of the United States Trustee, York's Supplemental Objection, and the related submissions, and argument of counsel presented at the hearing; the Court having found that (1) A&B does not hold or represent an interest that is adverse to the estate and is disinterested within the meaning of the Bankruptcy Code, and (2) that the retention of A&B by the Trustee is in the best interests of the estates, it is hereby

ORDERED that:

1. The Objection is overruled;

2. The Application is granted; and

3. The Trustee is authorized, pursuant to Sections 327(a) and 327(d) of the Bankruptcy Code, to retain A&B as of April 17, 2007, the date of the Trustee's appointment, as his attorneys in all matters relating to the performance of his duties as the Chapter 11 Trustee in these cases as set forth in the Application.

///
///
///
///

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.

By: _____
  Michael St. James
  Counsel for York Credit Opportunities
  Fund, L.P.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
  Nanette Dumas
  Counsel for the United States Trustee

\*\* END OF ORDER \*\*

FINAL ORDER AUTHORIZING RETENTION           3
OF ALSTON & BIRD LLP
OF ALSTON & BIRD AS COUNSEL

{00300857.DOC v 2}

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.


By: _____
Michael St. James
Counsel for York Credit Opportunities
Fund, L.P.


OFFICE OF THE UNITED STATES TRUSTEE


By: *[signature: Nanette Dumas]*
Nanette Dumas
Counsel for the United States Trustee


** END OF ORDER **

<u>COURT SERVIC LIST</u>

Ron Bender, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067

Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Office of the U.S. Trustee
Nanette Dumas, Esq.
280 South First Street, Room 268
San Jose, CA  95113

JNTADMN, 727OBJ, PreAct, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 03-51775

*Assigned to:* Judge Marilyn Morgan
Chapter 11
Voluntary
Asset

*Date Filed:* 03/21/2003

*Debtor*
**SONICblue Inc.**
2600 San Tomas Expwy.
Santa Clara, CA 95051
Tax id: 77-0204341
*dba*
**S3 Inc.**

represented by **Ana N. Damonte**
Pillsbury Winthrop Shaw Pittman
50 Fremont St. 5th Fl.
P.O. Box 7880
San Francisco, CA 94120-7880
(415) 983-1000
Email: ana.damonte@pillsburylaw.com
*TERMINATED: 03/26/2007*

**Anne E. Wells**
Levene, Neale, Bender, Rankin and Brill
10250 Constellation Blvd. #1700
Los Angeles, CA 90067
(310) 229-1234

**Austin K. Barron**
Law Offices of O'Melveny and Myers
400 S Hope St.
Los Angeles, CA 90071-2899
(213) 430-6000
Email: abarron@omm.com

**Craig A. Barbarosh**
Pillsbury Winthrop Shaw Pittman
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626-7122
(714) 436-6800

**Craig A. Barbarosh**
(See above for address)
*TERMINATED: 03/26/2007*

**Elizabeth Gehlhar**



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy of the original document on file in my custody.
Dated 7/3/07
by _____
Deputy Clerk

Heritage Law Group
99 Almaden Blvd. #710
San Jose, CA 95113
(408) 925-0144

**Mark D. Houle**
Pillsbury Winthrop Shaw Pittman
650 Town Center Dr. 7th Fl.
Costa Mesa, CA 92626
(714) 436-6800
Email:
mark.houle@pillsburylaw.com
*TERMINATED: 03/26/2007*

**Mark Porter**
Law Offices of Fenwick and West
275 Battery St. #1500
San Francisco, CA 94111
(415) 875-2300
Email: mporter@fenwick.com

**Matthew A. Gold**
Argo Partners
12 W 37th St. 9th Fl.
New York, NY 10018
(212) 643-5444
Email: Tanja@argopartners.net

**Matthew S. Walker**
Pillsbury Winthrop Shaw Pittman
12255 El Camino Real #300
San Diego, CA 92130
(619) 234-5000
Email:
matthew.walker@pillsburylaw.com
*TERMINATED: 03/26/2007*

**Richard A. Rogan**
Jeffer, Mangels, Butler and Marmaro
2 Embarcadero Center 5th Fl.
San Francisco, CA 94111-3824
(415) 398-8080
Email: rrogan@jmbm.com

*Responsible Ind*
**Marcus Smith**
2841 Mission College Blvd.
Santa Clara, CA 95054-1838

(408) 997-2179

*Trustee*
**Dennis J. Connolly**
Alston & Bird, LLP
1201 W. Peachtree St.
Atlanta, GA 30309-3424
404-881-7269

represented by **Cecily A. Dumas**
Friedman, Dumas and Springwater
150 Spear St. #1600
San Francisco, CA 94104
(415) 834-3802
Email: cdumas@friedumspring.com

**Grant T. Stein**
Alston and Bird
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7000

**Robert E. Clark**
Friedman Dumas and Springwater
150 Spear St. #1600
San Francisco, CA 94105
(415) 834-3800
Email: rclark@friedumspring.com

**Steven M. Collins**
Law Offices of Alston and Bird
1201 W Peachtree St.
Atlanta, GA 30309
(404) 881-7000

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

represented by **Nanette Dumas**
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113
(408) 535-5525
Email: nanette.dumas@usdoj.gov

**Shannon L. Mounger-Lum**
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-0002
(408) 535-5525
Email: shannon.l.mounger-lum@usdoj.gov

**Todd M. Arnold**
Levene, Neale, Bender, Rankin, and Brill
10250 Constellation Blvd. #1700
Los Angeles, CA 90067

(310) 229-1234
Email: TMA@lnbrb.com

*Creditor Committee*
**Official Committee of Unsecured Creditor**

represented by **Anne E. Wells**
(See above for address)

**Craig M. Rankin**
Levene, Neale, Bender, Rankin and Brill
10250 Constellation Blvd. #1700
Los Angeles, CA 90067
(310) 229-1234

**Mark D. Houle**
(See above for address)

**Ron Bender**
Levine, Neale and Bender
1801 Ave. of the Stars #1120
Los Angeles, CA 90067
(310) 551-1010
Email: rb@lnbrb.com

**Todd M. Arnold**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2007 | 2358 | Operating Report for Filing Period May 2007 Filed by Trustee Dennis J. Connolly (Attachments: # 1 Exhibit A through M# 2 Exhibit N through Y# 3 Certificate of Service) (Dumas, Cecily) (Entered: 06/21/2007) |
| 06/21/2007 | 2359 | Order Granting Application to Employ Attorney Grant T. Stein for Dennis J. Connolly Added to the Case (Related Doc # 2271) (jd, ) (Entered: 06/21/2007) |
| 06/21/2007 | 2360 | Order Granting Application to Employ Attorney Cecily A. Dumas for Dennis J. Connolly Added to the Case (Related Doc # 2272) (jd, ) (Entered: 06/21/2007) |
| 06/22/2007 | 2361 | Notice of Entry of Order Regarding: *Final Orders Authorizing the Retention of Alston & Bird LLP as Counsel and Friedman Dumas & Springwater LLP as Local Counsel to Dennis J. Connolly, the Chapter 11 Trustee* (RE: related document(s)2359 Order Granting Application to Employ Attorney Grant T. Stein for Dennis J. Connolly Added to the Case (Related Doc # 2271) (jd, ), 2360 Order Granting Application to Employ |

| | | Attorney Cecily A. Dumas for Dennis J. Connolly Added to the Case (Related Doc # 2272) (jd, )). Filed by Trustee Dennis J. Connolly (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Clark, Robert) (Entered: 06/22/2007) |
|---|---|---|
| 06/25/2007 | 2362 | Transcript, Date of Hearing: June 14, 2007 *applications to retain counsel and motion for protective order (1:36 pm - 1:55 pm)*. (Palmer, Susan) (Entered: 06/25/2007) |
| 06/26/2007 | 2363 | First Supplemental Document *Declaration of Grant T. Stein in Connection with the Employment of Alston & Bird LLP as Counsel to Dennis J. Connolly, The Chapter 11 Trustee* in (RE: related document(s)2359 Order on Application to Employ, 2271 Application to Employ, ). Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily) (Entered: 06/26/2007) |
| 07/02/2007 | 2364 | Motion *for Chapter 11 Trustee's Application for Orders Approving Stipulations Regarding Debtors' Continued Employment of Marcus Smith and Nanci Salvucci* Filed by Trustee Dennis J. Connolly (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Dumas, Cecily) (Entered: 07/02/2007) |
| 07/02/2007 | 2365 | Notice and Opportunity for Hearing *on Chapter 11 Trustee's Application for Orders Approving Stipulations Regarding Debtor's Continued Employment of Marcus Smith and Nanci Salvucci* (RE: related document(s)2364 Motion *for Chapter 11 Trustee's Application for Orders Approving Stipulations Regarding Debtors' Continued Employment of Marcus Smith and Nanci Salvucci* Filed by Trustee Dennis J. Connolly (Attachments: # 1 Exhibit A# (2) Exhibit B# (3) Certificate of Service) (Dumas, Cecily)). Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily) (Entered: 07/02/2007) |
| 07/02/2007 | 2366 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)2359 Order on Application to Employ). Appellant Designation due by 7/12/2007. Transmission to District Court due by 8/1/2007. (Attachments: # 1 Exhibit) Filed by Creditor York Credit Opportunities Fund (St. James, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | | Receipt of filing fee for Notice of Appeal(03-51775) [appeal,ntcapl] ( 255.00). Receipt number 4400132, amount $ 255.00 (U.S. Treasury) (Entered: 07/02/2007) |
| 07/02/2007 | 2367 | Objection to Referral to Bankruptcy Appellant Panel (RE: related document(s)2366 Notice of Appeal, filed by Creditor York Credit Opportunities Fund). Filed by Creditor York Credit Opportunities Fund (St. James, Michael) (Entered: 07/02/2007) |

| | | |
|---|---|---|
| 07/02/2007 | 2368 | Certificate of Service (RE: related document(s)2366 Notice of Appeal,, 2367 Objection to Referral to BAP). (St. James, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 2369 | Motion for Leave to Appeal Filed by Creditor York Credit Opportunities Fund (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 2370 | Request To Take Judicial Notice *in Support of Motion for Leave to Appeal* (RE: related document(s)2366 Notice of Appeal,, 2369 Motion for Leave to Appeal). Filed by Creditor York Credit Opportunities Fund (Attachments: # 1 Exhibit 1-4# (2) Exhibit 5 - 9# 3 Exhibit 10 - 15# 4 Exhibit 16 - 20) (St. James, Michael) (Entered: 07/02/2007) |
| 07/02/2007 | 2371 | Memorandum of Points and Authorities in Support of *Motion for Leave to Appeal* (RE: related document(s)2369 Motion for Leave to Appeal). Filed by Creditor York Credit Opportunities Fund (St. James, Michael) (Entered: 07/02/2007) |