IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


IN RE: SONICBLUE INCORPORATED, ET AL      No. C07-3483 RMW
                                          NOTICE OF FILING OF
                                          BANKRUPTCY APPEAL AND
                                          ORDER SETTING STATUS
                                          CONFERENCE


RE: Bankruptcy Case No.: 03-51775 MM
      Adversary No.:
      Bap No.:
      Appellant Dennis J. Connolly

The appeal has been assigned the following case number C07-03483 RMW before the Honorable
Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007,
the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and
issuance of a briefing schedule.

This matter is calendared for status conference on 10/12/2007 at 10:30 AM in Courtroom 6,
Fourth Floor,  San Jose.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time
a briefing schedule will issue.

Dated: July 9, 2007


                                   For the Court
                                   Richard W. Wieking, Clerk



                                   /s/ Diane Miyashiro
                                   By: Deputy Clerk


cc: USBC
      Counsel of Record