ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
(415) 391-7566 voice
(415) 391-7568 fax

July 18, 2007

Diane Miyashiro, Docket Clerk to
    The Honorable Ronald Whyte, District Judge
United States Courthouse
280 S. First Street, Fourth Floor
San Jose, CA 95113



RE:    **In re SonicBlue Incorporated**
         **C07-3483 RMW**

Dear Ms. Miyashiro:

    On July 9, 2007, the Court issued its Order Setting Status Conference, a copy of which is enclosed, contemplating that the Court would issue a briefing schedule after it received the Record on Appeal from the Bankruptcy Court.

    In fact, this is an interlocutory appeal, and so the Record on Appeal will not be transmitted unless and until the Court grants leave to appeal. The Motion for Leave to Appeal has now been fully briefed and electronically filed in the Bankruptcy Court, but must be ruled upon by the District Court. I have taken the liberty of enclosing Chambers Copies of the all of that briefing.

    I do not know if the Bankruptcy Court will transmit the Motion for Leave to Appeal and associated papers to the District Court electronically. I would be happy to re-file those documents electronically with the District Court if that would be helpful, although I will be out of the country until July 26th.

    If I can be of any assistance in this matter, please do not hesitate to call

            Very truly yours,

            Michael St. James

Cc:    Grant Stein, Esq. (w/o encl).
        Cecily Dumas, Esq. (w/o encl.)