ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
michael@stjames-law.com
(415) 391-7566 voice
(415) 391-7568 fax

July 18, 2007

Diane Miyashiro, Docket Clerk to
    The Honorable Ronald Whyte, District Judge
United States Courthouse
280 S. First Street, Fourth Floor
San Jose, CA 95113

    RE:    **In re SonicBlue Incorporated**
             **C07-3483 RMW**

Dear Ms. Miyashiro:

    On July 9, 2007, the Court issued its Order Setting Status Conference, a copy of which is enclosed, contemplating that the Court would issue a briefing schedule after it received the Record on Appeal from the Bankruptcy Court.

    In fact, this is an interlocutory appeal, and so the Record on Appeal will not be transmitted unless and until the Court grants leave to appeal. The Motion for Leave to Appeal has now been fully briefed and electronically filed in the Bankruptcy Court, but must be ruled upon by the District Court. I have taken the liberty of enclosing Chambers Copies of the all of that briefing.

    I do not know if the Bankruptcy Court will transmit the Motion for Leave to Appeal and associated papers to the District Court electronically. I would be happy to re-file those documents electronically with the District Court if that would be helpful, although I will be out of the country until July 26th.

    If I can be of any assistance in this matter, please do not hesitate to call

Very truly yours,

Michael St. James

Cc:    Grant Stein, Esq. (w/o encl).
        Cecily Dumas, Esq. (w/o encl.)

1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for York Credit Opportunities Fund, L.P.

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 03-51775 through 03-51778 |
| ) | Chapter 11 |
| SONICBLUE INCORPORATED et al. ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF APPEAL

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated 9-18-07
by [signature]
Deputy Clerk

York Credit Opportunities Fund, L. P. appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order or decree of the bankruptcy judge entitled "Final Order Authorizing the Retention of Alston & Bird, L.L.P. as counsel to Dennis J. Connolly, Chapter 11 Trustee" (the "Employment Order") entered in this case on the 21st day of June 2007, a copy of which is attached hereto.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

YORK CREDIT OPPORTUNITIES FUND, L.P.
   Appellant

Michael St. James, Esq.
ST. JAMES LAW, P.C.
155 Montgomery St., Suite 1004
San Francisco, CA 94104-4117
415-391-7566 (voice)
415-391-7568 (fax)
michael@stjames-law.com
   Counsel for Appellant YORK CREDIT OPPORTUNITIES FUND, L.P.


DENNIS J. CONNOLLY, Trustee
   Appellee


   Counsel for Trustee

Grant T. Stein, Esq.
ALSTON & BIRD
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7000

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
150 Spear Street, Suite 1600
San Francisco, CA. 94105
(415) 834-3800

   Counsel for Appellee DENNIS J. CONNOLLY, TRUSTEE

NOTICE OF APPEAL                                                                                               1

1  DATED: July 2, 2007                    ST. JAMES LAW, P.C.
2
3
4                                         By  /s/ Michael St. James   .
                                              Michael St. James
5                                         Counsel for YORK CREDIT OPPORTUNITIES
                                              FUND, L.P.
6                                         155 Montgomery St., Suite 1004
                                          San Francisco, CA 94104-4117
7                                         415-391-7566 (voice)
                                          415-391-7568 (fax)
8

10  If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have
    the appeal heard by the district court. The appellant may exercise this right only by filing a separate
11  statement of election at the time of the filing of this notice of appeal. Any other party may elect, within
    the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.
12

NOTICE OF APPEAL                                                                                      2

Entered on Docket
June 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed June 21, 2007

Marilyn Morgan
U.S. Bankruptcy Judge

1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  150 Spear Street, Suite 1600
   San Francisco, CA 94105
3  Telephone Number: (415) 834-3800
   Facsimile Number: (415) 834-1044
4
   ALSTON & BIRD LLP
5  GRANT T. STEIN
   1201 West Peachtree Street
6  Atlanta, GA 30309
   Telephone Number: (404) 881-7000
7  Facsimile Number: (404) 881-7777
   (admitted *pro hac vice*)
8
   *Attorneys for Dennis J. Connolly in His Capacity as*
9  *Chapter 11 Trustee for SONICblue Incorporated, et al.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED,<br>a Delaware corporation, DIAMOND<br>MULTIMEDIA SYSTEMS, INC.,<br>a Delaware corporation, REPLAYTV,<br>INC., a Delaware corporation, and<br>SENSORY SCIENCE CORPORATION,<br>a Delaware corporation,<br><br>Debtors. | Case Nos. 03-51775 through 03-51778<br><br>Chapter 11 Cases<br><br>Jointly Administered<br><br>**FINAL ORDER AUTHORIZING THE RETENTION OF ALSTON & BIRD LLP AS COUNSEL TO DENNIS J. CONNOLLY, THE CHAPTER 11 TRUSTEE**<br><br>Date: June 14, 2007<br>Time: 1:30 p.m.<br>Place: 280 South First Street<br>      San Jose, CA 95113<br><br>Judge: Hon. Marilyn Morgan |

The application filed May 2, 2007 (the "Application") of Dennis J. Connolly, the Chapter 11 Trustee (the "Trustee") in the above-captioned Chapter 11 bankruptcy cases of SONICblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc., and Sensory Science Corporation (collectively, the "Debtors"), requesting the authority to employ Alston & Bird LLP ("A&B") as attorneys for the Trustee in these cases filed pursuant to Chapter 11

FINAL ORDER AUTHORIZING RETENTION
OF ALSTON & BIRD LLP
{00300857.DOC v 2}

of the United States Bankruptcy Code (the "Bankruptcy Code") came on for hearing on June 14, 2007 at 10:30 a.m. and 1:30 p.m. in the above-referenced court. Grant T. Stein, Alston & Bird LLP and Cecily A. Dumas, Friedman Dumas & Springwater LLP appeared on behalf of the Trustee; Michael St. James, St. James Law P.C., appeared on behalf of York Credit Opportunities Fund, L.P. ("York"); Nanette Dumas appeared on behalf of the United States Trustee; other appearances were made as noted in the record of the proceeding. The Court having found that notice of the Application was adequate under the circumstances; and the Court having entered an Interim Order approving the Application on May 8, 2007, and ordered that a hearing be held on June 14, 2007 on final approval of the Application; the Court having considered the Objection to Trustee's Proposed Counsel (the "Objection") filed by York, the Trustee's Reply Memorandum and Declaration of Dennis J. Connolly in support thereof, the Reply of the United States Trustee, York's Supplemental Objection, and the related submissions, and argument of counsel presented at the hearing; the Court having found that (1) A&B does not hold or represent an interest that is adverse to the estate and is disinterested within the meaning of the Bankruptcy Code, and (2) that the retention of A&B by the Trustee is in the best interests of the estates, it is hereby

ORDERED that:

1. The Objection is overruled;

2. The Application is granted; and

3. The Trustee is authorized, pursuant to Sections 327(a) and 327(d) of the Bankruptcy Code, to retain A&B as of April 17, 2007, the date of the Trustee's appointment, as his attorneys in all matters relating to the performance of his duties as the Chapter 11 Trustee in these cases as set forth in the Application.

///

///

///

///

FINAL ORDER AUTHORIZING RETENTION
OF ALSTON & BIRD LLP
OF ALSTON & BIRD AS COUNSEL

2

{00300857.DOC v 2}

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.

By: _____
    Michael St. James
    Counsel for York Credit Opportunities
    Fund, L.P.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
    Nanette Dumas
    Counsel for the United States Trustee

** END OF ORDER **

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.

By: _____
Michael St. James
Counsel for York Credit Opportunities
Fund, L.P.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Nanette Dumas
Counsel for the United States Trustee

** END OF ORDER **

| | |
|---|---|
| 1 | <u>COURT SERVIC LIST</u> |
| 2 | Ron Bender, Esq. |
| 3 | Levene, Neale, Bender, Rankin & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700 |
| 4 | Los Angeles, California 90067 |
| 5 | Michael St. James, Esq. |
| 6 | St. James Law, P.C.<br>155 Montgomery Street, Suite 1004 |
| 7 | San Francisco, CA 94104 |
| 8 | Office of the U.S. Trustee |
| 9 | Nanette Dumas, Esq.<br>280 South First Street, Room 268 |
| 10 | San Jose, CA  95113 |

1  <u>COURT SERVIC LIST</u>

2  Ron Bender, Esq.
3  Levene, Neale, Bender, Rankin & Brill L.L.P.
   10250 Constellation Blvd., Suite 1700
4  Los Angeles, California 90067

5  Michael St. James, Esq.
   St. James Law, P.C.
6  155 Montgomery Street, Suite 1004
7  San Francisco, CA 94104

8  Office of the U.S. Trustee
   Nanette Dumas, Esq.
9  280 South First Street, Room 268
   San Jose, CA  95113
10

11

12

...

28

{00300990.DOC v 1}

1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for York Credit Opportunities Fund, L.P.

6

7  **UNITED STATES BANKRUPTCY COURT**

8  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

| In re | ) | Case No. 03-51775 through 03-51778 |
|---|---|---|
| SONICBLUE INCORPORATED et al. | ) | Chapter 11 |
| Debtor. | ) | |

12

13  **ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**

14  **Fed. R. Bankr. P. 8001(e)**

15

16  YORK CREDIT OPPORTUNITIES FUND, L.P Appellant, hereby elects to have its appeal from

17  the judgment, order or decree of the bankruptcy judge entitled "Final Order Authorizing the Retention of

18  Alston & Bird, L.L.P. as counsel to Dennis J. Connolly, Chapter 11 Trustee" (the "Employment Order")

19  entered in this case on the 21st day of June 2007 transferred from the Bankruptcy Appellate Panel to the

20  District Court.

21  DATED: July 2, 2007                           ST. JAMES LAW, P.C.

22

23  UNITED STATES BANKRUPTCY COURT           By:  /s/ Michael St. James
    Northern District of California                 Michael St. James
24  I certify that this is a true, correct and full copy   Counsel for YORK CREDIT OPPORTUNITIES
    of the original document on file in my custody.                FUND, L.P
25  Dated 9-18-07                              155 Montgomery St., Suite 1004
    by [signature]                             San Francisco, CA 94104-4117
26  Deputy Clerk                               415-391-7566 (voice)
                                               415-391-7568 (fax)
27

28

1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for York Credit Opportunities Fund, L.P.

6

7              UNITED STATES BANKRUPTCY COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   In re                              )   Case No. 03-51775 through 03-51778
10                                    )   Chapter 11
   SONICBLUE INCORPORATED et al.      )
11              Debtor.               )
                                      )
12

13                    **CERTIFICATE OF SERVICE**

I, Michael St. James, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 155 Montgomery Street, Suite 1004, San Francisco, California.

On July 2, 2007, I caused to be served the following:

**NOTICE OF APPEAL**

**ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT**

by placing true and correct copies of the above-mentioned documents in sealed envelopes with postage fully pre-paid, addressed as follows:

>Dennis J. Connolly, Trustee
>Alston & Bird LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424

>Grant Stein, Esq.
>Alston & Bird LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424

>Cecily Dumas, Esq.
>Friedman Dumas & Springwater, LLP
>150 Spear Street, Suite 1600
>San Francisco, CA. 94105

Said envelope(s) were deposited in the United States mail in the normal course of business. I am readily familiar with the office procedure for depositing of mail and if called upon, would and could competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2006, at San Francisco, California

CERTIFICATE OF SERVICE                                                                                           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                /s/ *Michael St James*
                                  Michael St. James

CERTIFICATE OF SERVICE      2