Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California  94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for York Credit Opportunities Fund, L.P.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ) | Case No.  03-51775 through 03-51778 |
| ) | Chapter 11 |
| SONICBLUE INCORPORATED et al. ) | |
| Debtor. ) | |
| ) | |

**MOTION FOR LEAVE TO APPEAL**

York Credit Opportunities Fund, L. P. hereby moves the Court for leave to appeal from the judgment, order or decree of the bankruptcy judge entitled "Final Order Authorizing the Retention of Alston & Bird, L.L.P. as counsel to Dennis J. Connolly, Chapter 11 Trustee" (the "Employment Order") entered in this case on the 21st day of June 2007, a copy of which is attached hereto.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

      YORK CREDIT OPPORTUNITIES FUND, L.P.
          Appellant

Michael St. James, Esq.
ST. JAMES LAW, P.C.
155 Montgomery St., Suite 1004
San Francisco, CA 94104-4117
415-391-7566 (voice)
415-391-7568 (fax)
michael@stjames-law.com
      Counsel for Appellant YORK CREDIT OPPORTUNITIES FUND, L.P.

      DENNIS J. CONNOLLY, Trustee
          Appellee

      Counsel for Trustee

Grant T. Stein, Esq.
ALSTON & BIRD
1201 W Peachtree St.
Atlanta, GA 30309-3424
(404) 881-7000

Cecily Dumas, Esq.
Friedman Dumas & Springwater, LLP
150 Spear Street, Suite 1600
San Francisco, CA. 94105
(415) 834-3800

      Counsel for Appellee DENNIS J. CONNOLLY,TRUSTEE

1  DATED: July 2, 2007                                        ST. JAMES LAW, P.C.

                                                              By  /s/ *Michael St. James*  .
                                                                    Michael St. James
                                                              Counsel for YORK CREDIT OPPORTUNITIES
                                                                    FUND, L.P.
                                                              155 Montgomery St., Suite 1004
                                                              San Francisco, CA 94104-4117
                                                              415-391-7566 (voice)
                                                              415-391-7568 (fax)

10  If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.