Entered on Docket
June 21, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 21, 2007

_____
**Marilyn Morgan
U.S. Bankruptcy Judge**
_____

FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

ALSTON & BIRD LLP
GRANT T. STEIN
1201 West Peachtree Street
Atlanta, GA 30309
Telephone Number: (404) 881-7000
Facsimile Number: (404) 881-7777
(admitted *pro hac vice*)

*Attorneys for Dennis J. Connolly in His Capacity as
Chapter 11 Trustee for SONICblue Incorporated, et al.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SONICBLUE INCORPORATED, a Delaware corporation, DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware corporation, REPLAYTV, INC., a Delaware corporation, and SENSORY SCIENCE CORPORATION, a Delaware corporation,<br><br>Debtors. | Case Nos. 03-51775 through 03-51778<br><br>Chapter 11 Cases<br><br>Jointly Administered<br><br>**FINAL ORDER AUTHORIZING THE RETENTION OF ALSTON & BIRD LLP AS COUNSEL TO DENNIS J. CONNOLLY, THE CHAPTER 11 TRUSTEE**<br><br>Date: June 14, 2007<br>Time: 1:30 p.m.<br>Place: 280 South First Street<br>San Jose, CA 95113<br><br>Judge: Hon. Marilyn Morgan |

The application filed May 2, 2007 (the "Application") of Dennis J. Connolly, the Chapter 11 Trustee (the "Trustee") in the above-captioned Chapter 11 bankruptcy cases of SONICblue Incorporated, Diamond Multimedia Systems, Inc., ReplayTV, Inc., and Sensory Science Corporation (collectively, the "Debtors"), requesting the authority to employ Alston & Bird LLP ("A&B") as attorneys for the Trustee in these cases filed pursuant to Chapter 11

1  of the United States Bankruptcy Code (the "Bankruptcy Code") came on for hearing on June
2  14, 2007 at 10:30 a.m. and 1:30 p.m. in the above-referenced court. Grant T. Stein, Alston &
3  Bird LLP and Cecily A. Dumas, Friedman Dumas & Springwater LLP appeared on behalf of
4  the Trustee; Michael St. James, St. James Law P.C., appeared on behalf of York Credit
5  Opportunities Fund, L.P. ("York"); Nanette Dumas appeared on behalf of the United States
6  Trustee; other appearances were made as noted in the record of the proceeding.  The Court
7  having found that notice of the Application was adequate under the circumstances; and the
8  Court having entered an Interim Order approving the Application on May 8, 2007, and
9  ordered that a hearing be held on June 14, 2007 on final approval of the Application; the
10 Court having considered the Objection to Trustee's Proposed Counsel (the "Objection") filed
11 by York, the Trustee's Reply Memorandum and Declaration of Dennis J. Connolly in support
12 thereof, the Reply of the United States Trustee, York's Supplemental Objection, and the
13 related submissions, and argument of counsel presented at the hearing; the Court having
14 found that (1) A&B does not hold or represent an interest that is adverse to the estate and is
15 disinterested within the meaning of the Bankruptcy Code, and (2) that the retention of A&B
16 by the Trustee is in the best interests of the estates, it is hereby

17        ORDERED that:

18        1. The Objection is overruled;

19        2. The Application is granted; and

20        3.  The Trustee is authorized, pursuant to Sections 327(a) and 327(d) of the
21 Bankruptcy Code, to retain A&B as of April 17, 2007, the date of the Trustee's appointment,
22 as his attorneys in all matters relating to the performance of his duties as the Chapter 11
23 Trustee in these cases as set forth in the Application.

24 ///
25 ///
26 ///
27 ///
28 FINAL ORDER AUTHORIZING RETENTION           2
   OF ALSTON & BIRD LLP
   OF ALSTON & BIRD AS COUNSEL

{00300857.DOC v 2}

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.

By: _____
    Michael St. James
    Counsel for York Credit Opportunities
    Fund, L.P.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
    Nanette Dumas
    Counsel for the United States Trustee

                      ** END OF ORDER **

APPROVED AS TO FORM:

ST. JAMES LAW, P.C.

By: _____
Michael St. James
Counsel for York Credit Opportunities
Fund, L.P.

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Nanette Dumas
Counsel for the United States Trustee

** END OF ORDER **

<u>COURT SERVIC LIST</u>

Ron Bender, Esq.
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067

Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Office of the U.S. Trustee
Nanette Dumas, Esq.
280 South First Street, Room 268
San Jose, CA  95113

{00300990.DOC v 1}