1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California  94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for York Credit Opportunities Fund, L.P.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 03-51775 through 03-51778 |
| | ) Chapter 11 |
| SONICBLUE INCORPORATED et al. | ) |
| Debtor. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

1  I, Michael St. James, declare as follows:

2  I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 155 Montgomery Street, Suite 1004, San Francisco, California.

On July 2, 2007, I caused to be served the following:

**MOTION FOR LEAVE TO APPEAL**

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO APPEAL**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR LEAVE TO APPEAL**

by placing true and correct copies of the above-mentioned documents in sealed envelopes with postage fully pre-paid, addressed as follows:

**Dennis J. Connolly, Trustee**
**Alston & Bird LLP**
**One Atlantic Center**
**1201 West Peachtree Street**
**Atlanta, Georgia 30309-3424**


**Grant Stein, Esq.**
**Alston & Bird LLP**
**One Atlantic Center**
**1201 West Peachtree Street**
**Atlanta, Georgia 30309-3424**


**Cecily Dumas, Esq.**
**Friedman Dumas & Springwater, LLP**
**150 Spear Street, Suite 1600**
**San Francisco, CA. 94105**


Said envelope(s) were deposited in the United States mail in the normal course of business. I am readily familiar with the office procedure for depositing of mail and if called upon, would and could competently testify thereto.

CERTIFICATE OF SERVICE                                                                                                                 1

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 2nd day of
2  July, 2006, at San Francisco, California
3
4         _____/s/ *Michael St James*_____
            Michael St. James
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28