1  Michael St. James, CSB No. 95653
   ST. JAMES LAW, P.C.
2  155 Montgomery Street, Suite 1004
   San Francisco, California 94104
3  (415) 391-7566 Telephone
   (415) 391-7568 Facsimile
4  michael@stjames-law.com

5  Counsel for York Credit Opportunities Fund, L.P.

6

7                     **UNITED STATES BANKRUPTCY COURT**

8                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9
   In re                                    )   Case No. 03-51775 through 03-51778
10                                          )   Chapter 11
   SONICBLUE INCORPORATED et al.            )
11                     Debtor.              )
                                            )
12 ─────────────────────────────────────

13

14             **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
                    **MOTION FOR LEAVE TO APPEAL**
15

Pursuant to Federal Rules of Evidence, Rule 201, Appellant York Credit Opportunities Fund, L.P. respectfully requests that this Court take judicial notice of the documents attached hereto, all of which were filed in the above-Debtor's bankruptcy case.

## U.S. Bankruptcy Court
### Northern District of California (San Jose)
### Bankruptcy Petition #: 03-51775

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2007 | 1<br><br>2176 | Transcript, Date of Hearing: 2-15-07 *a) Motion for Authority to Disclose Confidential Information to People Who are Not Parties to the VIA/Intel Confidentiality Agreement by Official Committee of Creditors Holding Unsecured Claims; b) Response by VIA Technologies, Inc.*. (McCall, Jo) (Entered: 03/01/2007) |
| 03/26/2007 | 2<br><br>2220 | Memorandum Decision (RE: related document(s)2153 Motion to Appoint TrusteeMotion to Appoint Examiner filed by U.S. Trustee Office of the U.S. Trustee / SJ). (jd, ) (Entered: 03/26/2007) |
| 04/16/2007 | 3<br><br>2241 | Appointment of Trustee and Approval of Bond *Notice of Appointment of Chapter 11 Trustee*. (Dumas, Nanette) (Entered: 04/16/2007) |
| 04/17/2007 | 4<br><br>2242 | Order Granting Motion to Appoint Chapter 11 Trustee. Dennis J. Connolly added to the case. (jd, ) (Entered: 04/17/2007) |
| 05/02/2007 | 5<br><br>2271 | Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Grant T. Stein in Support of Application for Employment of Alston & Bird LLP# 2 Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy rule 2016(b)) (Dumas, Cecily) (Entered: 05/02/2007) |
| 05/04/2007 | 6<br><br>2279 | Memorandum Decision (RE: related document(s)2231 Motion for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration filed by Creditor Portside Growth and Opportunity Fund, Creditor Smithfield Fiduciary LLC, Creditor Citadel Equity Fund Ltd.). (jd, ) (Entered: 05/04/2007) |

| Date | Doc # | Description |
|---|---|---|
| 05/08/2007 | 7<br>2284 | Order Granting Application to Employ Attorney Grant T. Stein for the Trustee Dennis J. Connolly On an Interim Basis Added to the Case (Related Doc # 2271) (jd, ) (Entered: 05/09/2007) |
| 05/09/2007 | 8<br>2287 | Notice of Hearing *on Trustee's Employment Applications* (RE: related document(s)2271 Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Grant T. Stein in Support of Application for Employment of Alston & Bird LLP# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy rule 2016(b)) (Dumas, Cecily), 2272 Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Cecily A. Dumas in Support of Application# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b)) (Dumas, Cecily), 2283 Order Granting Application to Employ Attorney Cecily A. Dumas for Trustee Dennis J. Connolly On an Interim Basis. Added to the Case (Related Doc # 2272) (jd, ) Modified on 5/9/2007 (jd, )., 2284 Order Granting Application to Employ Attorney Grant T. Stein for the Trustee Dennis J. Connolly On an Interim Basis Added to the Case (Related Doc # 2271) (jd, )). Hearing scheduled for 6/14/2007 at 01:30 PM at SanJose Courtroom 3070 - Morgan. Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily) (Entered: 05/09/2007) |
| 05/19/2007 | 9<br>2303 | Transcript, Date of Hearing: 5-4-07*a) Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration by Portside Growth & Opportunity Fund, Smithfield Fiduciary LLC, and Citadel Equity Fund, Ltd.; b) Amended Opposition by Sonic Blue Claims, LLC.* (McCall, Jo) (Entered: 05/19/2007) |
| 06/07/2007 | 10<br>2325 | Objection *to Proposed Counsel* (RE: related document(s)2271 Application to Employ,, 2272 Application to Employ, ). Filed by Creditor York Credit Opportunities Fund (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 06/07/2007) |
| 06/07/2007 | 11<br>2331 | Ex Parte Motion *to Permt Untimely Objection and to Extend Oral Argument* Filed by Creditor York Credit Opportunities Fund (Attachments: # 1 Certificate of Service) (St. James, Michael) (Entered: 06/07/2007) |
| 06/07/2007 | 12<br>2332 | Declaration of Michael St. James in Support of *Ex Parte Application to Permit Untimely Objection and to Extend Oral Argument* (RE: related document(s)2331 Motion Miscellaneous Relief). Filed by Creditor York Credit Opportunities Fund (St. James, Michael) (Entered: 06/07/2007) |

REQUEST FOR JUDICIAL NOTICE
MOTION FOR LEAVE TO APPEAL                                                                                          2

| Date | Doc # | Description |
|---|---|---|
| 06/12/2007 | 13<br><br>2343 | Reply to *Objection to Trustee's Proposed Counsel* (RE: related document(s)2325 Objection to Proposed Counsel ). Filed by Trustee Dennis J. Connolly (Dumas, Cecily)CORRECTIVE ENTRY: LINKED INCORRECTLY - COURT CORRECTED. Modified on 6/13/2007 (jd, ). (Entered: 06/12/2007) |
| 06/12/2007 | 14<br><br>2344 | Declaration of Dennis J. Connolly in support of *Applications to Retain Counsel* (RE: related document(s)2343 Reply). Filed by Trustee Dennis J. Connolly (Dumas, Cecily) (Entered: 06/12/2007) |
| 06/12/2007 | 15<br><br>2345 | Certificate of Service (RE: related document(s)2343 Reply, 2344 Declaration). (Dumas, Cecily) (Entered: 06/12/2007) |
| 06/12/2007 | 16<br><br>2346 | Reply to *: Reply by U. S. Trustee to Objection to Trustee's Proposed Counsel* (RE: related document(s)2346 Reply to : Reply by U. S. Trustee to Objection to Trustee's Proposed Counsel). Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Attachments: # 1 Certificate of Service) (Dumas, Nanette)CORRECTIVE ENTRY: INCORRECTLY LINKED - COURT CORRECTED LINKAGE. Modified on 6/13/2007 (jd, ). (Entered: 06/12/2007) |
| 06/13/2007 | 17<br><br>2349 | Supplemental Objection *to Trustee's Proposed Counsel* (RE: related document(s)2271 Application to Employ, ). Filed by Creditor York Credit Opportunities Fund (St. James, Michael) (Entered: 06/13/2007) |
| 06/13/2007 | 18<br><br>2350 | Response to *(1)Objection to Chapter 11 Trustee's Proposed Counsel (2) Reply by Chapter 11 Trustee, and (3) Reply by United States Trustee* (RE: related document(s)2343 Reply,, 2325 Objection, 2346 Reply, ). Filed by Creditor SonicBlue Claims LLC (McGrane, William) (Entered: 06/13/2007) |
| 06/13/2007 | 19<br><br>2351 | Order Granting Ex Parte Motion to Permt Untimely Objection and to Extend Oral Argument(Related Doc # 2331) (jd, ) (Entered: 06/13/2007) |
| 06/14/2007 | | Hearing Held (RE: related document(s) Application to Employ. , 2271 Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Dumas, Cecily), 2272 Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Dumas, Cecily)). 2325 Objection to Proposed Counsel (RE: related document(s)2271 Application to Employ, Filed by Creditor York Credit Opportunities Fund (St. |

| | | |
|---|---|---|
| | | James, Michael) Supplemental Objection to Trustee's Proposed Counsel (RE: related document(s)2271 Application to Employ, ). Filed by Creditor York Credit Opportunities Fund (St. James, Michael). Court's ruling on objection, the objection is overruled. (heard at 10:30 a.m.) Applications are approved. (mem, ) (Entered: 06/18/2007) |
| 06/21/2007 | 20<br><br>2359 | Order Granting Application to Employ Attorney Grant T. Stein for Dennis J. Connolly Added to the Case (Related Doc # 2271) (jd, ) (Entered: 06/21/2007) |

DATED: July 2, 2007                    ST. JAMES LAW, P.C.


By: /s/ *Michael St. James* .
　　　Michael St. James
Counsel for YORK CREDIT OPPORTUNITIES
　　　FUND, L.P.
155 Montgomery St., Suite 1004
San Francisco, CA 94104-4117
415-391-7566 (voice)
415-391-7568 (fax)

REQUEST FOR JUDICIAL NOTICE
MOTION FOR LEAVE TO APPEAL                                                                 4