1  FRIEDMAN DUMAS & SPRINGWATER LLP
   CECILY A. DUMAS (S.B. NO. 111449)
2  150 Spear Street, Suite 1600
   San Francisco, CA 94105
3  Telephone Number:  (415) 834-3800
   Facsimile Number:  (415) 834-1044
4

5  ALSTON & BIRD LLP
   GRANT T. STEIN
6  1201 West Peachtree Street
   Atlanta, GA 30309
7  Telephone Number:  (404) 881-7000
   Facsimile Number:  (404) 881-7777
8  (admitted *pro hac vice*)

9

   *Attorneys for Dennis J. Connolly in His Capacity as*
10 *Chapter 11 Trustee for SONICblue Incorporated, et al*

11
                   UNITED STATES BANKRUPTCY COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN JOSE DIVISION
14

15 | In re | Case Nos. 03-51775 through 03-51778 |
16 | | Chapter 11 Cases |
   | SONICBLUE INCORPORATED, a | |
17 | Delaware corporation, DIAMOND | Jointly Administered |
   | MULTIMEDIA SYSTEMS, INC., a | |
18 | Delaware corporation, REPLAYTV, | **CERTIFICATE OF SERVICE** |
   | INC., a Delaware corporation, and | |
19 | SENSORY SCIENCE CORPORATION, | Judge: Hon. Marilyn Morgan |
   | a Delaware corporation, | |
20 | | |
21 | Debtors. | |

22

23

24

25

26

{00303693.DOC v 1}

1

**<u>CERTIFICATE OF SERVICE BY MAIL</u>**

2

I, Celeste Alas, hereby declare:

3

I am over the age of 18 years and not a party to or interested in the within

4
entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business
address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with

5
the business practice at my place of business for collection and processing of correspondence
for mailing with the United States Postal Service.  Correspondence so collected and processed

6
is deposited with the United States Postal Service that same day in the ordinary course of

7
business.

8

On July 12, 2007, at my place of business as listed above, the following
documents:

9

10

- **RESPONSE OF DENNIS J. CONNOLLY, CHAPTER 11 TRUSTEE, IN
OPPOSITION TO MOTION OF YORK CREDIT OPPORTUNITIES FUND,**

11
    **L.P. FOR LEAVE TO APPEAL** ( EXHIBIT A- TRANSCRIPT OF THE JUNE 14,
    2007 HEARING HELD AT 10:30 a.m.)

12

13
were placed for deposit in the United States Postal Service, for collection and mailing on that
date, following ordinary business practices, in a sealed envelope(s), with postage fully

14
prepaid, addressed as shown on the attached service list.

15

I declare under penalty of perjury, under the laws of the State of California that
the foregoing is true and correct, and that this declaration was executed at San Francisco,

16
California on July 12, 2007.

17

18

19
/s/Celeste Alas
Celeste Alas

20

21

22

23

24

25

26

{00303693.DOC v 1}

1

**SERVICE LIST**

2

Office of the U.S. Trustee                    Michael St. James, Esq.
Nanette Dumas, Esq.                           St. James Law, P.C.
3
280 South First Street, Room 268              155 Montgomery Street, Suite 1004
San Jose, CA  95113                           San Francisco, CA 94104
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{00303693.DOC v 1}