EDWINA E. DOWELL, #149059
Assistant U.S. Trustee
NANETTE DUMAS, #148261
SHANNON L. MOUNGER, #208071
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone:   (408) 535-5525
Fax:              (408) 535-5532

Attorneys for Sara L. Kistler
Acting United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SONICBLUE, INCORPORATED, a Delaware Corporation, DIAMOND MULTIMEDIA SYSTEMS, INC., a Delaware Corporation, REPLAY TV, INC., a Delaware Corporation, and SENSORY SCIENCE CORPORATION, a Delaware Corporation,<br><br>                              Debtors. | Case No. 03-51775 MM<br><br>Chapter 11 |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, made applicable to bankruptcy proceedings pursuant to Federal Rule of Bankruptcy Procedure 9017, the United States Trustee requests the Court take judicial notice of the following:

1. Transcript of Hearings (morning and afternoon) dated June 14, 2007, docket number #2375, a true and correct copy of which attached hereto as  Exhibit A;

2. Proof Of Claim of BCIA New England Holdings, LLC (first 5 pages only), signed on July 21, 2003, stamped "RECEIVED" July 22, 2003, a true and correct copy of which is attached hereto as Exhibit B;

3. Notice Of Transfer Of Claim Other Than For Security [from Cross Harbor Capital Partners, LLC (fka BCIA New England Holdings, LLC) to Hain Capital Holdings, LLC] filed March 15, 2007, docket number #2210, a true and correct copy of which is attached hereto as Exhibit C;

Request For Judicial Notice

4. Notice To Alleged Transferor Of Filing Of Evidence Of Transfer Of Claim filed March 16, 2007, docket number #2211, a true and correct copy of which is attached hereto as Exhibit D;

5. Notice Of Assignment Of Claim [from Hain Capital Holdings, LLC to York Credit Opportunities Fund, L.P.] filed June 7, 2007, docket number #2323, a true and correct copy of which is attached hereto as Exhibit E; and

6. Notice Of Appearance And Request For Special Notice [York Credit Opportunities Fund, L.P.] filed June 7, 2007, docket number #2324, a true and correct copy of which is attached hereto as Exhibit F.

Dated: July 11, 2007                    Respectfully submitted,

By: /s/ Nanette Dumas
     Attorney for United States Trustee