# Exhibit D

**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NTC

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: SONICblue Inc. and Diamond Multimedia Systems, Inc. dba S3 Inc. Debtor(s) | Case No.: 03–51775 MM 11 Chapter: 11 |

## NOTICE TO ALLEGED TRANSFEROR OF FILING OF EVIDENCE OF TRANSFER OF CLAIM

TO: Cross Harbor Capital partners, LLC , Alleged Transferor

The Court's files and records indicate that on 7/22/03 , you filed a proof of claim in the above–entitled case.

NOTICE IS HEREBY GIVEN THAT evidence of transfer of this claim, in the amount of $812,000.00 , was filed by Hain Capital Holdings, LLC (Hereinafter referred to as the transferee) on 3/15/07 .

NOTICE IS FURTHER GIVEN THAT unless a Notice of Objection to Transfer of Claim setting forth the grounds for objection, and a Notice of Hearing thereon with date and time filled in, are filed with the Office of the Clerk and served upon the transferee and his/her attorney, if any, within twenty (20) days of the date of this notice, the Clerk, WITHOUT FURTHER NOTICE shall substitute the transferor, pursuant to Federal Rule of bankruptcy Procedure 3001(e)(2). Hearings are to be set at an appropriate time on a Law and Motion day in the appropriate department.

Dated: 3/16/07

For the Court:

Gloria L. Franklin Clerk of Court
United States Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Doc # 2211