# Exhibit E

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for York Credit Opportunities Fund, L.P.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 03-51775 through 03-51778 |
| SONICBLUE INCORPORATED et al. | Chapter 11 |
| Debtor. | |

### NOTICE OF ASSIGNMENT OF CLAIM

York Credit Opportunities Fund, L.P., by and through its undersigned counsel of record, gives notice that it has been assigned Claim Number 77500498 against the above Debtor. Evidence of the transfer of the Claim is hereto as Exhibit A and incorporated by reference herein.

Hain Capital Holdings, LLC, the assignor, is advised that this notice has been filed in the clerk's office as evidence of the transfer/assignment. Objections must be filed by Hain Capital Holdings, LLC within twenty (20) days of the making of this notice. If no objection is timely received by the Court, York Credit Opportunities Fund, L.P. may be substituted as the original claimant without further Order of the Court.

Respectfully submitted,

DATED: June 6, 2007           ST. JAMES LAW, P.C.


By: __/s/ *Michael St. James*__ .
Michael St. James
Counsel for York Credit Opportunities Fund, L.P.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hain Capital Holdings, LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to York Credit Opportunities Fund, L.P. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$812,000.00** associated with proof of claim number **77500498** against SONICBLUE, INC. et al. (the "Debtor"), Chapter 11 Case No. lead case no.: 03-51775 United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of June 2007.

| | |
|---|---|
| **York Credit Opportunities Fund, L.P.** | **HAIN CAPITAL HOLDINGS, LLC**<br>By: Hain Capital Group, LLC<br>Its Managing Member |
| By: _____<br>Name: Alan H. Cohen<br>Title: Senior Managing Director | By: _____<br>Name: Robert Koltai<br>Title: Manager |

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hain Capital Holdings, LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to York Credit Opportunities Fund, L.P. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$812,000.00** associated with proof of claim number **77500498** against SONICBLUE, INC. et al. (the "Debtor"), Chapter 11 Case No. lead case no.: 03-51775 United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of June 2007.

York Credit Opportunities Fund, L.P.

By: _____
Name: Alan H. Cohen
Title: Senior Managing Director

HAIN CAPITAL HOLDINGS, LLC
By: Hain Capital Group, LLC
Its Managing Member

By: _____
Name:
Title: