# Exhibit F

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
155 Montgomery Street, Suite 1004
San Francisco, California 94104
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for York Credit Opportunities Fund, L.P.

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 03-51775 through 03-51778 |
| | ) Chapter 11 |
| SONICBLUE INCORPORATED et al. | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE THAT, York Credit Opportunities Fund, L.P., holder of an allowed unsecured claim in the amount of $812,000, requests that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to its counsel as follows:

> Michael St. James, Esq.
> ST. JAMES LAW, P.C.
> 155 Montgomery Street, Suite 1004
> San Francisco, California 94104
> (415) 391-7566 Telephone
> (415) 391-7568 Facsimile
> michael@stjames-law.com

Respectfully submitted,

DATED: June 6, 2007         ST. JAMES LAW, P.C.


By:  /s/  *Michael St. James*  .
     Michael St. James
     Counsel for York Credit Opportunities Fund, L.P.