| | |
|---|---|
| In re: | SONICblue, Inc. |
| Case no: | 03-51775 MM |

## PROOF OF SERVICE

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113, that on the date set out below, I served a copy of the attached:

## OPPOSITION BY UNITED STATES TRUSTEE TO MOTION FOR LEAVE TO APPEAL

## REQUEST FOR JUDICIAL NOTICE

upon each party listed below by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California, addressed to each party listed below.

Michael St. James
St. James Law, PC
155 Montgomery Street, Suite 1004
San Francisco, CA 94104

Dennis J. Connolly Trustee
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Grant Stein
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Cecily Dumas
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on July 12, 2007.

By: /s/ Patricia M. Vargas
Patricia M. Vargas
Paralegal Specialist