**United States District Court**
For the Northern District of California

**E-FILED on** 9/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: SONICBLUE INC., et al. | No. C-07-03483 RMW<br><br>**NOTICE SETTING MOTION HEARING DATE AND VACATING BRIEFING SCHEDULE**<br><br>**DATE: NOVEMBER 2, 2007**<br><br>**TIME: 9:00 AM** |

PLEASE TAKE NOTICE that the **MOTION FOR LEAVE TO APPEAL,** has been calendared to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

NOTICE SETTING MOTION HEARING DATE AND VACATING BRIEFING SCHEDULE—No. C-07-03483 RMW
TSF

1     Furthermore, the court vacates the appellate briefing schedule [Docket No. 5] issued on
2 September 18, 2007. The court will reissue a briefing schedule if the motion for leave to appeal is
3 granted.

5 DATED:    9/19/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Appellant, York Credit Opportunities Fund L.P.:**

Michael St. James    ecf@stjames-law.com
Michael St. James    Michael@stjames-law.com

**Counsel for Appellee, Dennis J. Connolly:**

Robert Edward Clark    rclark@friedumspring.com
Cecily A. Dumas    cdumas@friedumspring.com

**Counsel for Debtor-in-Possession, Sonicblue, Inc.:**

Austin K. Barron    abarron@omm.com
Richard Alan Rogan    rrogan@jmbm.com

**Counsel for Office of the U.S. Trustee:**

Todd Morris Arnold    tma@lnbrb.com

**Notice of this document has been mailed to:**

**Counsel for Appellee, Dennis J. Connolly:**

Steven M. Collins
Law Offices of Alston and Bird
1201 W. Peachtree Street
Atlanta, GA 30309

Grant T. Stein
Alston and Bird
1201 West Peachtree Street
Atlanta, GA 30309-3424

**Counsel for Office of the U.S. Trustee:**

Nannette Dumas
Office of the U.S. Trustee
280 South First Street
#268
San Jose, CA 95113

Shannon L. Mounger-Lum
Office of the U.S. Trustee
280 South First Street
Suite 268
San Jose, CA 95113-0002

**Counsel for Debtor-in-Possession, Sonicblue Inc.:**

Mark Porter
Law Offices of Fenwick and West
275 Battery Street
#1500
San Francisco, CA 94111

NOTICE SETTING MOTION HEARING DATE AND VACATING BRIEFING SCHEDULE—No. C-07-03483 RMW
TSF    3

1  Matthew A. Gold
   Argo Partners
2  12 W 37th Street
   9th Floor
3  New York, NY 10018

4  Anne E. Wells
   Levene Neale Bender Ranklin & Brill LLP
5  10250 Constellation Blvd.
   #1700
6  Los Angeles, CA 90067

7  **U.S. Bankruptcy Court**

8  Marilyn Morgan
   U.S. Bankruptcy Court
9  280 South First Street
   Room 3035
10 San Jose, CA 95113

11 **USBC Manager-San Jose**

12 USBC Manager-San Jose
   US Bankruptcy Court
13 280 South First Street
   Room 3035
14 San Jose, CA 95113

15 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.
16

17
   **Dated:**     9/19/07                                    TSF
18                                                  **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

NOTICE SETTING MOTION HEARING DATE AND VACATING BRIEFING SCHEDULE—No. C-07-03483 RMW
TSF                                         4