IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SONICBLUE, INC., et al.,

***E-FILED - 10/4/07***

CASE NO.: C-07-03483-RMW

**CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE**

YOU ARE HEREBY NOTIFIED that the Scheduling Order which was issued by the Court on July 9, 2007 setting forth a Case Management Conference on October 12, 2007, is hereby VACATED.

Counsel are hereby informed of the vacated hearing date.

DATED: September 24, 2007

BY: _____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28