UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 2, 2007

Case No. C-07-03483-RMW        JUDGE: Ronald M. Whyte

IN RE: SONICBLUE INC., et al.
Title

Appeared                                        Appeared
Attorneys Present                               Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

MOTION FOR LEAVE TO APPEAL

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and took this matter under submission.

The Court to send out a ruling to the parties. The matter is deemed submitted.